FILED: August 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1517
(1:16-cv-03081-RDB)
_____

DOMINANT INVESTMENTS 113, LLC

  Plaintiff - Appellant

v.

UNITED STATES LIABILITY INSURANCE COMPANY

  Defendant - Appellee

_____

O R D E R
_____

  Upon consideration of submissions relative to the motion to file a supplemental appendix, the court denies the motion. The court directs the filing of a corrected response brief, which does not reference the documents contained in the proposed supplemental appendix, within 10 days.

         For the Court--By Direction

         /s/ Patricia S. Connor, Clerk